No. 98, Orig. PENNSYLVANIA v. OKLAHOMA. Motion for leave to file bill of complaint denied.

No. 83–18. DUN & BRADSTREET, INC. v. GREENMOSS BUILDERS, INC. Sup. Ct. Vt. [Certiorari granted, 464 U. S. 959.] Motion of respondent for leave to file supplemental brief denied.

No. 83–141. HAWAII HOUSING AUTHORITY ET AL. v. MIDKIFF ET AL.;
No. 83–236. PORTLOCK COMMUNITY ASSN. (MAUNALUA BEACH) ET AL. v. MIDKIFF ET AL.; and
No. 83–283. KAHALA COMMUNITY ASSN., INC., ET AL. v. MIDKIFF ET AL. C. A. 9th Cir. [Probable jurisdiction noted, 464 U. S. 932.] Motion of appellants in No. 83–236 for divided argument denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 83–305. CALIFORNIA v. TROMBETTA ET AL. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 464 U. S. 1037.] Motion of respondents for divided argument denied.

No. 83–751. SECURITIES AND EXCHANGE COMMISSION ET AL. v. JERRY T. O'BRIEN, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 464 U. S. 1038.] Motion of North American Securities Administrators Association, Inc., for leave to file a brief as amicus curiae granted.

No. 83–812. WALLACE, GOVERNOR OF ALABAMA, ET AL. v. JAFFREE ET AL. Appeal from C. A. 11th Cir. Motion of American Civil Liberties Union et al. for leave to file a brief as amici curiae granted.

No. 83–916. UNITED STATES v. MORTON. C. A. Fed. Cir. [Certiorari granted, ante, p. 1004.] Motion of the Solicitor General to permit Michael W. McConnell, Esquire, to present oral argument pro hac vice granted.

No. 83–967. TERRITORY OF GUAM v. OKADA. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.